UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on October 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ALTAGRACI MATOS

Case No.:  25-15872VFP

Hearing Date:  10/16/2025

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 20, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 25-15872VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/16/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that a Valuation on Real Estate and proof of Contribution Income must be provided to the Trustee by 10/30/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that a Motion to Reimpose Stay must be filed with the court by 10/30/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.