Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−15872−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Altagraci Matos
   46 Elliott Street, FL 1
   Newark, NJ 07104

Social Security No.:
   xxx−xx−1226

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/31/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 31, 2025
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-15872-VFP
Altagraci Matos                                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Oct 31, 2025　　　　　　　　　　Form ID: 148　　　　　　　　　　　　　　　Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Altagraci Matos, 46 Elliott Street, FL 1, Newark, NJ 07104-3420 |
| 520675331 | + | DMAC Vascular Lab LLC, 946 Bloomfield Avenue, Glen Ridge, NJ 07028-1308 |
| 520675332 | + | Hudson County Sheriff's Office, Hudson Plaza, 257 Cornelison Avenue, Room 2001, Jersey City, NJ 07302-3113 |
| 520675333 | + | KML Law Group, 200 Sheffield Street, Mountainside, NJ 07092-2314 |
| 520675334 | | Optum Medical Care, PO Box 95000-7510, Philadelphia, PA 19195-7510 |
| 520675339 | + | Summit Health, CL#7970, PO Box 95000, Philadelphia, PA 19195-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520675327 | + | EDI: BANKAMER | Nov 01 2025 00:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520761731 | | EDI: BANKAMER | Nov 01 2025 00:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520675328 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 31 2025 21:01:00 | Cenlar, Attn: Centralized Bankruptcy, 425 Phillips Blvd., Ewing, NH 08618 |
| 520675329 | + | EDI: CITICORP | Nov 01 2025 00:47:00 | Citibank/Best Buy, Citicorp Cr Srvs/, Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520675330 | + | EDI: CITICORP | Nov 01 2025 00:47:00 | Citibank/The Home Depot, Citicorp Cr Srvs/, Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520678901 | + | Email/Text: RASEBN@raslg.com | Oct 31 2025 21:00:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520766471 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 31 2025 21:02:00 | Firstkey Master Funding 2021-A Collateral Trust, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520757409 | | EDI: JEFFERSONCAP.COM | Nov 01 2025 00:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520766590 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 21:12:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520678319 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 21:12:51 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520675335 | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 31 2025 21:00:00 | Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 405, Alpharetta, GA 30004-2001 |
| 520675336 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Oct 31 2025 21:02:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520675337 | | Email/Text: bkteam@selenefinance.com Oct 31 2025 21:01:00 | | Selene, PO Box 8619, Philadelphia, PA 19101-8619 |
| 520675338 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Oct 31 2025 21:01:00 | | Specialized Loan Servicing, LLC, ATTN: Bankruptcy, PO Box 630147, Littleton, CO 80163-0147 |
| 520675340 | + | EDI: SYNC | Nov 01 2025 00:47:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520675341 | + | EDI: SYNC | Nov 01 2025 00:47:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520761727 | + | Email/Text: bkteam@selenefinance.com Oct 31 2025 21:01:00 | | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 520684868 | + | Email/Text: RASEBN@raslg.com Oct 31 2025 21:00:00 | | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520766591 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust cwoerner@raslg.com |
| Leonard S Singer | on behalf of Debtor Altagraci Matos zsbankruptcy@gmail.com r57125@notify.bestcase.com |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Oct 31, 2025     Form ID: 148     Total Noticed: 26

Marie-Ann Greenberg
    magecf@magtrustee.com

Nathalie Rodriguez
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Nathalie Rodriguez
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Sara Elizabeth Swietnicki
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust sswietnicki@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8